**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CARO VENTURES, L.L.C. | CIVIL ACTION NO. 05-1018 |
| versus | JUDGE HICKS |
| BIOSET, INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed and the response thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that **Plaintiff's Amended Motion to Remand (Doc. 18) is granted**, and this case is **remanded** to the First Judicial District Court, Caddo Parish, Louisiana.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 29th day of December, 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE